IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE K. KINA,<br><br>    Petitioner,<br><br>  v.<br><br>PAUL COPENHAVER, Warden, et al.,<br><br>    Respondents. | No. C 09-04769 SBA (PR)<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

   Petitioner, a state prisoner, filed the present petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  She also filed an in forma pauperis application.

   On December 17, 2009, the Court denied Petitioner's in forma pauperis application and directed her to pay the $5.00 filing fee within thirty days or her action would be dismissed.  More than thirty days have passed and Petitioner has not paid the filing fee or otherwise communicated with the Court.

   Accordingly, this action is DISMISSED WITHOUT PREJUDICE.  The Court has rendered its final decision on this matter; therefore, this Order TERMINATES Petitioner's case.  The Clerk of the Court shall close the file.

   IT IS SO ORDERED.

Dated: 2/4/10

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE

P:\PRO-SE\SBA\HC.09\Kina4769.DisIFP-Fee.frm

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ELAINE K. KINA,

        Plaintiff,

v.

PAUL COPENHAVER et al,

        Defendant.

Case Number: CV09-04769 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 5, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Elaine K. Kina 98139-022
Satellite Prison Camp
5675 8th Street Camp Parks
Dublin, CA 94568

Dated: February 5, 2010

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk